**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                  RE:    Maria Isabel LOPEZ
                            Docket Number:  1:03CR05204-02
                            **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 28, 2004, Maria Isabel Lopez was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) and (b)(1)(A) and 18 USC 2 - Conspiracy to Manufacture and Distribute Methamphetamine and Aiding and Abetting **(CLASS A FELONY).**

**Sentence imposed:**  37 months custody; 60-month term of supervised release; $100 special assessment (paid).  Special conditions include: Search; Drug/alcohol treatment and testing (successfully completed); Pager/cellular phone restrictions; and Aftercare co-payment.

**Dates and Mode of Travel:**  No travel plan scheduled at this time, awaiting approval of the Court before arrangements are made.

**Purpose:**  Mrs. Lopez would like the opportunity to travel to Mexico, to seek less expensive but highly needed dental work.  Based on the foregoing, it is the undersigned's request that Your Honor grant the above-noted travel.  In addition, it is also requested Your Honor provide the probation officer with the discretion to authorize any future travel by the offender to Mexico, without further Court notification.  If allowed to travel out of the country under the following noted conditions, the offender will be instructed to report to the United States Department of Homeland Security, or other authorized representative, upon her entry and exit from Mexico.

                            Respectfully Submitted,
                              /s/ Phil R. Hendley, Jr.

                            **Phil R. Hendley, Jr.**
                            **United States Probation Officer**

**RE:** **Maria Isabel LOPEZ**
**Docket Number:   1:03CR05204-02**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


**DATED:** August 27, 2008
Modesto, California
PRH/lr


**REVIEWED BY:** /s/ Deborah A. Spencer
**Deborah A. Spencer**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____


IT IS SO ORDERED.

**Dated:   August 28, 2008**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE